UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80360-CIV-CANNON

**TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD.,
FIRST OCEAN ENTERPRISES SA**, and
**TECHVIEW INVESTMENTS LTD.,**

    Plaintiffs,

v.

**JAMES HOLMES et al.**,

    Defendants.
_____/

**ORDER REQUIRING COMBINED RESPONSES**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of March 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record