UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-80360-CIV-CANNON

TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI) LTD., FIRST OCEAN
ENTERPRISES SA, and TECHVIEW
INVESTMENTS LTD.,

    Plaintiffs,

v.

WILLIAM "BEAU" WRIGLEY, JR.,
JAMES HOLMES, JAMES WHITCOMB,
SH PARENT INC. d/b/a PARALLEL,
SURTERRA HOLDINGS INC., GREEN
HEALTH ENDEAVORS, LLC, PE FUND, LP,
and ROBERT "JAKE" BERGMANN,

    Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION FOR COUNSEL FOR DEFENDANT ROBERT "JAKE" BERGMANN**

Pursuant to Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, undersigned counsel for Defendant, Robert "Jake" Bergmann, submits this Notice of Change of Address and Contact Information. All correspondence should be directed to:

Nicole Villamar
nicole.villamar@akerman.com
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301-2229
Tel: (954) 463-2700
Facsimile: (954) 463-2224

Dated: May 20, 2022            Respectfully submitted,

                                              By: */s/ Nicole Villamar*
                                              Nicole Villamar, Esq.
                                              Florida Bar No. 1010639
                                              **AKERMAN LLP**
                                              201 East Las Olas Boulevard, Suite 1800

- 2 -

Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-mail: nicole.villamar@akerman.com
Secondary: wendy.gonzalez@akerman.com

*Counsel for Defendant Robert "Jake" Bergmann*

- 3 -

## **CERTIFICATE OF SERVICE**

**(Case No.: 22-80360-CIV-CANNON)**

I HEREBY CERTIFY that on May 20, 2022, I electronically filed the foregoing *Notice of Change of Address and Contact Information* with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Nicole Villamar*
         Nicole Villamar, Esq.