**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division**

TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI) LTD., FIRST OCEAN
ENTERPRISES SA, and TECHVIEW
INVESTMENTS, LTD.,

    Plaintiffs,

v.

WILLIAM "BEAU" WRIGLEY, JR.,
JAMES HOLMES, JAMES WHITCOMB,
SH PARENT INC. d/b/a PARALLEL,
SURTERRA HOLDINGS, INC., GREEN
HEALTH ENDEAVORS, LLC, PE FUND
LP, and ROBERT "JAKE" BERGMANN,

    Defendants.

Case No. 22-cv-80360-AMC

**DEFENDANT PE FUND LP'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order Requiring Joint Scheduling Report and Certificates of Interested Parties (ECF No. 66), Defendant PE Fund LP ("PE Fund"), by and through its undersigned counsel, hereby states that it has no parent corporation and that no publicly-held corporation owns an interest of 10% or more in PE Fund.

Further pursuant to this Court's Order, in addition to the parties, the parties' counsel, and any persons or entities named in the other parties' Corporate Disclosure Statements and Certificates of Interested Parties, WWJr. Enterprises, Inc., as general partner of PE Fund, has a financial interest in the outcome of this case.

Dated: July 18, 2022

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

By: /s/ *Jeffrey E. Marcus*

Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Jason L. Mays, Esq.
Florida Bar No. 106495
jmays@mnrlawfirm.com
2 S. Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305) 400-4262
Fax: (954) 688-2492

**WILLKIE FARR & GALLAGHER LLP**

Sameer Advani (*pro hac vice*)
Brittany M. Wagonheim (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8587
sadvani@willkie.com
bwagonheim@willkie.com

Craig C. Martin (*pro hac vice*)
Aaron J. Hersh (*pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone: (312) 728-9000
cmartin@willkie.com
ahersh@willkie.com

*Attorneys for Defendants William "Beau" Wrigley, Jr., Green Health Endeavors, LLC, and PE Fund LP*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, the undersigned hereby certifies that on July 18, 2022, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: July 18, 2022            **MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

By: /s/ *Jeffrey E. Marcus*

Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Jason L. Mays, Esq.
Florida Bar No. 106495
jmays@mnrlawfirm.com
2 S. Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305) 400-4262
Fax: (954) 688-2492


**WILLKIE FARR & GALLAGHER LLP**

Sameer Advani (*pro hac vice*)
Brittany M. Wagonheim (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8587
sadvani@willkie.com
bwagonheim@willkie.com

Craig C. Martin (*pro hac vice*)
Aaron J. Hersh (*pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone: (312) 728-9000
cmartin@willkie.com
ahersh@willkie.com

*Attorneys for Defendants William "Beau" Wrigley, Jr., Green Health Endeavors, LLC, and PE Fund LP*