**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division**

| | |
|---|---|
| TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD., FIRST OCEAN ENTERPRISES SA, and TECHVIEW INVESTMENTS, LTD., <br><br>    Plaintiffs, <br><br> v. <br><br> WILLIAM "BEAU" WRIGLEY, JR., JAMES HOLMES, JAMES WHITCOMB, SH PARENT INC. d/b/a PARALLEL, SURTERRA HOLDINGS, INC., GREEN HEALTH ENDEAVORS, LLC, PE FUND LP, and ROBERT "JAKE" BERGMANN, <br><br>    Defendants. | Case No. 22-cv-80360-AMC |

**DEFENDANT WILLIAM "BEAU" WRIGLEY, JR.'S
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

Pursuant to this Court's Order Requiring Joint Scheduling Report and Certificates of Interested Parties (ECF No. 66), Defendant William "Beau" Wrigley, Jr. ("Wrigley"), by and through his undersigned counsel, hereby states that, other than the parties, the parties' counsel, and any persons or entities named in the other parties' Corporate Disclosure Statements and Certificates of Interested Parties, Wrigley is unaware of any persons or entities that may have any financial interest in the outcome of this case.

Dated: Monday, 18 July 2022July 18, 2022

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

By: /s/ *Jeffrey E. Marcus*

Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Jason L. Mays, Esq.
Florida Bar No. 106495
jmays@mnrlawfirm.com
2 S. Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305) 400-4262
Fax: (954) 688-2492

**WILLKIE FARR & GALLAGHER LLP**

Sameer Advani (*pro hac vice*)
Brittany M. Wagonheim (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8587
sadvani@willkie.com
bwagonheim@willkie.com

Craig C. Martin (*pro hac vice*)
Aaron J. Hersh (*pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone: (312) 728-9000
cmartin@willkie.com
ahersh@willkie.com

*Attorneys for Defendants William "Beau" Wrigley, Jr., Green Health Endeavors, LLC, and PE Fund LP*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, the undersigned hereby certifies that on July 18, 2022, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: July 18, 2022

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

By: /s/ *Jeffrey E. Marcus*

Jeffrey E. Marcus, Esq.
Florida Bar No. 310890
jmarcus@mnrlawfirm.com
Jason L. Mays, Esq.
Florida Bar No. 106495
jmays@mnrlawfirm.com
2 S. Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305) 400-4262
Fax: (954) 688-2492


**WILLKIE FARR & GALLAGHER LLP**

Sameer Advani (*pro hac vice*)
Brittany M. Wagonheim (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8587
sadvani@willkie.com
bwagonheim@willkie.com

Craig C. Martin (*pro hac vice*)
Aaron J. Hersh (*pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Telephone: (312) 728-9000
cmartin@willkie.com
ahersh@willkie.com

*Attorneys for Defendants William "Beau" Wrigley, Jr., Green Health Endeavors, LLC, and PE Fund LP*