IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**West Palm Beach Division**

TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI) LTD., FIRST OCEAN
ENTERPRISES SA, and TECHVIEW
INVESTMENTS, LTD.,

    Plaintiffs,

v.                                               Case No.  9:22-cv-80360

WILLIAM "BEAU" WRIGLEY, JR.,
JAMES HOLMES, JAMES WHITCOMB,
SH PARENT INC. d/b/a PARALLEL
SURTERRA HOLDINGS, INC., GREEN
HEALTH ENDEAVORS, LLC, PE FUND
LP, and ROBERT "JAKE" BERGMANN,

    Defendants.

_____

## [PROPOSED] JOINT SCHEDULING ORDER

    **THIS CAUSE** having come before the Court on the Parties' Joint Scheduling Report, and the Court having reviewed the Report and the record, and being duly and fully advised in the premises, it is hereby **ORDERED and ADJUDGED**:

    Plaintiffs' Amended Complaint [ECF No. 59] in this action asserts claims under Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934. Those claims are subject to the Private Securities Litigation Reform Act's ("PSLRA") automatic stay of discovery, under which "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss." 15 U.S.C. § 78u-4(b)(3)(B). The Defendants filed their Combined Motion to Dismiss [ECF No. 82] on June 25, 2022, and briefing will be completed on Defendants' motion by August 26, 2022.

    Because of the pending motion to dismiss the Amended Complaint [ECF No. 59], all proceedings toward trial of this case, aside from proceedings on the motion to dismiss, will be deferred until the Court's resolution of the motion to dismiss. The Parties respectfully request the ability to propose amendments to these case management deadlines following the Court's resolution of Defendants' motion.

    This case is assigned to the Complex Track pursuant to S.D. Local Rule 16.1(a)(2)(C). Trial is set for [ ] days commencing _____ at _____ [am/pm]. Counsel for all Parties

shall appear at a Calendar Call on _____ at [am/pm].  The Pretrial Conference is set for _____ at_____[am/pm].

## PRETRIAL DEADLINES

The Parties agree that aside from proceedings on the motion to dismiss, this case is stayed pursuant to the PSLRA, and request that the Court defer entering a scheduling order with specific pretrial deadlines or setting the case for trial until such time as the Court resolves Defendants' Combined Motion to Dismiss [ECF No. 82].  If the Court intends to enter a scheduling order at this time, the Parties request that the Court set a trial date at the outer range of the Complex Track case management track and the interim deadlines below.  The Parties respectfully request the ability to seek modification of these deadlines based on how the timing of a potential lifting of the discovery stay as a result of the Court's decision on Defendants' motion to dismiss might impact the Parties' ability to meet them consistent with Local Rule 16.1(a)(2)(C).

| Timing | Event |
|---|---|
| 14 days after PSLRA discovery stay is lifted | Parties shall make Initial Disclosures pursuant to FRCP 26(a)(1)(A). |
| 30 days after PSLRA discovery stay is lifted | Defendants shall file answers with affirmative defenses and any counterclaims, crossclaims, or third party claims, if any |
| 45 days after PSLRA discovery stay is lifted | Parties shall file motions to amend pleadings or join Parties. |
| 270 days after PSLRA discovery stay is lifted | Parties shall disclose experts, expert witness summaries, and reports on issues for which they have the burden of proof, as required by FRCP 26(a)(2). |
| 300 days after PSLRA discovery stay is lifted | Parties shall exchange rebuttal expert witness summaries and reports, as required by FRCP 26(a)(2). |
| 345 days after PSLRA discovery stay is lifted | Parties shall complete all discovery, including expert discovery. |
| 365 days after PSLRA discovery stay is lifted | Parties shall complete mediation and file a mediation report with the Court. |
| 365 days after PSLRA discovery stay is lifted | Parties shall file all dispositive pre-trial motions and memoranda of law. Parties shall also file any motions to strike or exclude expert testimony, whether based on FRCP 702/ *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any other basis ("Daubert Motion"). |
| 385 days after PSLRA discovery stay is lifted | Parties shall file oppositions to all dispositive pre-trial or Daubert Motions. |
| 395 days after PSLRA discovery stay is lifted | Parties shall file replies to any dispositive pre-trial or Daubert Motions. |

| 410 days after PSLRA discovery stay is lifted | Parties shall file joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |

**DONE AND ORDERED** in Fort Pierce, Florida this ____ day of ____, 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE