**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI) LTD., FIRST OCEAN
ENTERPRISES SA, and TECHVIEW
INVESTMENTS, LTD.,

    Plaintiffs,

v.                                                                    Case No.  9:22-cv-80360

WILLIAM "BEAU" WRIGLEY, JR.,
JAMES HOLMES, JAMES WHITCOMB,
SH PARENT INC.  d/b/a PARALLEL,
SURTERRA HOLDINGS, INC., GREEN
HEALTH ENDEAVORS, LLC, PE FUND
LP, and ROBERT "JAKE" BERGMANN,

    Defendants.

---

**WILLIAM WRIGLEY, JR., GREEN HEALTH ENDEAVORS, LLC, AND PE FUND LP'S UNOPPOSED MOTION TO ADJOURN THE OCTOBER 21, 2022 HEARING ON DEFENDANTS' MOTION TO DISMISS**

    Defendants William Wrigley, Jr., Green Health Endeavors, LLC, and PE Fund LP, by and through their undersigned counsel, respectfully submit this Unopposed Motion to Adjourn the October 21, 2022 Hearing on Defendants' Motion to Dismiss.  In support thereof, they state as follows:

    1.    Plaintiffs filed their operative Complaint on April 4, 2022.  (Dkt. 59.)

    2.    On June 1, 2022, Defendants moved to modify the briefing schedule.  (Dkt. 79.)

    3.    The Court granted Defendants' motion on June 2, 2022, and ordered Defendants to file a joint motion to dismiss on or before June 21, 2022.  Under the Court's order, Plaintiffs were required to file their response on or before August 5, 2022, and Defendants were permitted until

August 26, 2022 to file any reply.

4.  The parties timely filed their briefs (Dkts. 82, 99, and 100), and Defendants' motion to dismiss was fully briefed as of August 26, 2022.

5.  On August 30, 2022, the Court entered a Notice of Hearing, setting a hearing on Defendants' motion to dismiss for October 21, 2022. (Dkt. 101.)

6.  Craig C. Martin, lead counsel for William Wrigley, Jr., Green Health Endeavors, LLC, and PE Fund LP intends to present argument at the hearing, but now is scheduled to begin a multiple week trial in the Western District of Missouri, starting on October 14, 2022, in the case captioned *Provisur Technologies, Inc. v. Weber, Inc., et al.*, 5:19-cv-06021-SRB.  Accordingly, he will be unable to attend the hearing as currently scheduled.

7.  Good cause exists to adjourn the hearing on Defendants' motion to dismiss to December 5, 2022 or as soon thereafter as may be convenient for the Court.  Adjourning the hearing will permit lead counsel for each of the parties to attend and represent their respective clients.  Moreover, the parties have conferred, and no party opposes adjourning the hearing to December 5, 2022 or as soon thereafter as may be convenient for the Court.  Therefore, no party will be prejudiced by adjournment, and adjournment will not otherwise unduly delay the resolution of Defendants' motion to dismiss.

8.  This is the first request any party has made to reschedule or adjourn any hearing date.

## **CERTIFICATION OF CONFERRAL**

Pursuant to Local Rule 7.1, undersigned counsel certifies that on September 26, 27, and October 3, 2022, they communicated via email with counsel for Plaintiffs, and Defendants James Whitcomb, SH Parent Inc., Surterra Holdings, Inc., James "Jay" Holmes, and Robert "Jake"

Bergmann prior to the filing of the instant Motion. No party opposes the relief sought in this Motion.

Dated: October 4, 2022

        **MARCUS NEIMAN**
        **RASHBAUM & PINEIRO LLP**

By:    /s/ *Jeffrey E. Marcus*

       Jeffrey E. Marcus, Esq.
       Florida Bar No. 310890
       jmarcus@mnrlawfirm.com
       Jason L. Mays, Esq.
       Florida Bar No. 106495
       jmays@mnrlawfirm.com
       2 S. Biscayne Blvd., Suite 2530
       Miami, Florida 33131
       Tel: (305) 400-4262
       Fax: (954) 688-2492

**WILLKIE FARR & GALLAGHER LLP**

By:    */s/ Sameer Nitanand Advani*
       Sameer Nitanand Advani (*pro hac vice*)
       sadvani@willkie.com
       Brittany M. Wagonheim (*pro hac vice*)
       bwagonheim@willkie.com
       787 Seventh Avenue
       New York, NY 10019-6099
       212-728-8587

       Craig C. Martin (*pro hac vice*)
       cmartin@willkie.com
       Aaron J. Hersh (*pro hac vice*)
       ahersh@willkie.com

       300 North LaSalle Drive
       Chicago, IL 60654
       312-728-9000

       ***Attorneys for Defendants William Wrigley Jr., Green Health Endeavors, LLC and PE***

- 4 -

*Fund LP*