**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI) LTD., FIRST OCEAN
ENTERPRISES SA, and TECHVIEW
INVESTMENTS, LTD.,

      Plaintiffs,

v.                                 Case No.  9:22-cv-80360

WILLIAM "BEAU" WRIGLEY, JR.,
JAMES HOLMES, JAMES WHITCOMB,
SH PARENT INC.  d/b/a PARALLEL,
SURTERRA HOLDINGS, INC., GREEN
HEALTH ENDEAVORS, LLC, PE FUND
LP, and ROBERT "JAKE" BERGMANN,

      Defendants.

_____

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO ADJOURN THE**
**OCTOBER 21, 2022 HEARING ON DEFENDANTS' MOTION TO DISMISS**

      Upon consideration of Defendants William Wrigley, Jr., Green Health Endeavors, LLC, and PE Fund LP's Unopposed Motion to Adjourn the October 21, 2022 Hearing on Defendants' Motion to Dismiss, and for good cause shown, the Court hereby orders as follows:

1. The previously scheduled hearing on Defendants' motion to dismiss, set for October 21, 2022, is adjourned; and

2. The Court shall hear arguments on Defendants' motion to dismiss on _____, 2022, at __:__ a.m./p.m.

SO ORDERED this _____ day of , _____ 2022.


_____

HONORABLE   AILEEN   M.   CANNON
UNITED STATES DISTRICT JUDGE