UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD., FIRST OCEAN ENTERPRISES SA, and TECHVIEW INVESTMENTS LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>WILLIAM "BEAU" WRIGLEY, JR., JAMES HOLMES, JAMES WHITCOMB, SH PARENT INC. d/b/a PARALLEL, SURTERRA HOLDINGS INC., GREEN HEALTH ENDEAVORS, LLC, PE FUND LP, and ROBERT "JAKE" BERGMANN,<br><br>Defendants. | Case No. 9:22-cv-80360-AMC |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Jason D. Sternberg, Esq. of the law firm Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel on behalf of Plaintiffs TradeInvest Asset Management Company (BVI) Ltd., First Ocean Enterprises SA and Techview Investments Ltd. in the above-captioned action and hereby requests that copies of all further correspondence, notices, filings and pleadings be served upon the undersigned.

I certify that I am admitted to practice in the Southern District of Florida.

Dated: August 3, 2023

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Florida Bar No. 72887
jasonsternberg@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive
15th Floor
Miami, FL 33133

(786) 850-3607

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887
