UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-CV-80360-AMC

TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD., FIRST OCEAN ENTERPRISES SA, and TECHVIEW INVESTMENTS LTD.,

    Plaintiffs,

vs.

WILLIAM "BEAU" WRIGLEY, JR., JAMES HOLMES, JAMES WHITCOMB, SH PARENT INC. d/b/a PARALLEL, SURTERRA HOLDINGS INC., GREEN HEALTH ENDEAVORS, LLC, PE FUND LP, and ROBERT "JAKE" BERGMANN,

    Defendants.
_____/

# JOINT STATUS REPORT CONCERNING AGENCY APPROVALS

    Pursuant to the Court's November 7, 2023 Order (ECF No. 134), Plaintiffs TradeInvest Asset Management Company (BVI) Ltd., First Ocean Enterprises SA, and Techview Investments, Ltd. ("Plaintiffs") and Defendants SH Parent Inc. d/b/a/ Parallel and Surterra Holdings Inc. (the "Company Defendants") (collectively, the "Parties") provide this joint status report regarding the Court's request for further detail concerning the agency approvals required to close the settlement between the Parties in the action titled *TGHI II LLC, et al. v. Surterra Holdings Inc. dba Parallel, SH Parent Inc., et al.*, Index No. 651041/2022 (Sup. Ct. N.Y. Cnty.) (the "New York Action"). The Parties state as follows:

    1.    On September 21, 2023, Plaintiff Techview Investments, Ltd., the Company Defendants, and other persons and entities that are not parties to this Action entered into a Mutual

Release Agreement and related and ancillary agreements (collectively, the "Settlement Transaction Documents").

2. The Parties previously moved the Court for the entry of a partial stay of the deadlines imposed by this Court's August 3, 2023 Order Setting Trial, Setting Pre-Trial Deadlines, and Referring Certain Matters to Magistrate Judge (ECF No. 114), solely with respect to the Company Defendants given the Parties' agreement to resolve certain claims against them.

3. The Settlement Transaction Documents provide that, subject to consummation of the transaction contemplated therein, Plaintiffs will dismiss their claims against the Company Defendants in this Action within one (1) business day after the transaction closes. Before the transaction can close, however, certain regulatory approvals are required.

4. On November 7, 2023, the Court issued an Order requiring that "[o]n or before November 13, 2023, the parties shall meaningfully confer and jointly file a status report providing further detail concerning the agency approvals required for settlement" in the New York Action.

5. The Parties conferred on November 10, 2023 and provide the following additional information regarding the regulatory approvals:

   a. The Company Defendants are in the process of seeking regulatory approval from the Florida Department of Health – Office of Medical Marijuana Use (OMMU). The Company Defendants expect the approval process to take three to five months.

   b. The Company Defendants are also in the process of seeking regulatory approval from the Texas Department of Public Safety (DPS). The Company Defendants expect the approval process to take less than three months.

   c. The Company Defendants are also in the process of seeking regulatory approval from the Nevada Cannabis Compliance Board (CCB). The Company Defendants expect the approval process to take six to twelve months.

Case No.: 22-CV-80360-AMC

    d.    The Company Defendants are also in the process of seeking regulatory approval from the Massachusetts Cannabis Control Commission (MCCC).  The Company Defendants expect the approval process to take six to twelve months.[1]

6.    The expected time frame in each State is an estimate that is dependent on a variety of factors, including the staffing, volume and workload of each State agency listed above.  It is difficult to predict with certainty how long each approval will take.

7.    The Parties respectfully request that the Court grant their motion to stay (ECF No. 114) and propose providing the Court with a joint status report every sixty (60) days to advise the Court as to the progress of regulatory approval in each State.

DATED:  November 13, 2023

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN LLP

By: */s/ Jason D. Sternberg*
John O'Sullivan (Fla. Bar No. 143154)
Jason D. Sternberg (Fla. Bar No. 72887)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 439-5008
johnosullivan@quinnemanuel.com
jasonsternberg@quinnemanuel.com

Michael B. Carlinsky (admitted *pro hac vice*)
Susheel Kirpalani (admitted *pro hac vice*)
Jacob J. Waldman (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

SAUL EWING LLP

By: */s/ Steven M. Dickstein*
Hilda Piloto (Fla. Bar No. 0154120)
Jeffrey Gilbert (Fla. Bar No. 375411)
Steven M. Dickstein (Fla. Bar No. 1010439)
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: (305) 428-4500
hilda.piloto@saul.com
jeffrey.gilbert@saul.com
steven.dickstein@saul.com
mia-ctdocs@saul.com

Casey Grabenstein (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7810

---

[1] The Company Defendants will also need to obtain the approval of certain local municipalities in order to consummate the transaction.  The Company Defendants do not expect that those approvals will take longer than the four State regulators discussed herein.

Case No.: 22-CV-80360-AMC

| | |
|---|---|
| michaelcarlinsky@quinnemanuel.com<br>susheelkirpalani@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com<br><br>Secondary: olgagarcia@quinnemanuel.com<br><br>*Attorneys for Plaintiffs* | casey.grabenstein@saul.com<br><br>John F. Stoviak (admitted *pro hac vice*)<br>1200 Liberty Ridge Drive, Suite 200<br>Wayne, PA 19087<br>Telephone: (610) 251-5056<br>john.stoviak@saul.com<br><br>*Attorneys for the Company Defendants* |

Case No.: 22-CV-80360-AMC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th day of November 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system.

By: */s/ Steven M. Dickstein*
Steven M. Dickstein (Fla. Bar No. 1010439)
steven.dickstein@saul.com