UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80360-CIV-CANNON/Reinhart

**TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI) LTD.,
FIRST OCEAN ENTERPRISES SA**, and
**TECHVIEW INVESTMENTS LTD.**,

     Plaintiffs,

v.

**WILLIAM WRIGLEY JR. et al.**,

     Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR PARTIAL STAY
AS TO COMPANY DEFENDANTS ONLY**

**THIS CAUSE** comes before the Court upon the Joint Motion for Partial Stay of Case Deadlines filed by Plaintiffs and Defendants SH Parents Inc. D/B/A Parallel and Surterra Holdings Inc. ("Company Defendants"), filed on November 2, 2023 [ECF No. 130]. The Motion states that the Settlement Transaction Documents reflect an agreement in principle to resolve the instant litigation against the Company Defendants, with the parties seeking to adjourn all case deadlines as to the Company Defendants until the transaction closes in order to avoid unnecessary litigation and expenses [ECF No. 130]. The Motion seeks to have no effect on this action as to the Individual Defendants [ECF No. 130].

Upon review of the Motion and the full record, including the parties' arguments during the status conference on November 6, 2023, and the Joint Status Report Concerning Agency Approvals [ECF Nos. 133, 137], it is **ORDERED AND ADJUDGED** as follows:

CASE NO. 22-80360-CIV-CANNON

1. The Joint Motion for Partial Stay as to Company Defendants [ECF No. 130] is **GRANTED**.

2. All deadlines pertaining to Company Defendants are **STAYED** until **May 15, 2024**.

3. On or before **May 10, 2024**, Plaintiffs and the Company Defendants shall file a Status Report on Partial Stay. In addition, the affected parties shall file Joint Status Reports on the following dates during the period of the partial stay: **January 5, 2024**, and **March 22, 2024**.

4. This Order has no effect on the deadlines as to individual Defendants James Holmes, James Whitcomb, and William Wrigley Jr.

5. Failure to comply with this Order may result in sanctions, including an immediate lift of the stay as to the Company Defendants.

6. This case shall remain **OPEN**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of November 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record