UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80360-CIV-CANNON

**TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD.**, **FIRST OCEAN ENTERPRISES SA**, and **TECHVIEW INVESTMENTS LTD.**,

    Plaintiffs,

v.

**WILLIAM "BEAU" WRIGLEY, JR.**, **JAMES HOLMES**, **JAMES WHITCOMB**, and **SH PARENT INC. d/b/a PARALLEL**, **SURTERRA HOLDINGS, INC.**,

    Defendants.

_____/

## JOINT DISCOVERY STATUS REPORT

The parties in the above-captioned action (collectively, the "Parties"), by and through their undersigned counsel and in accordance with this Court's November 7, 2023 Order (ECF No. 134), hereby submit this Joint Discovery Status Report to inform the Court of the following:

*First*, Plaintiffs have served Requests for Production ("RFP") on Wrigley, Holmes, and Whitcomb, and have met and conferred with counsel for each regarding the anticipated scope of production of relevant and responsive documents. Each individual Defendant has gathered documents and anticipates beginning to make rolling productions in early January, after the entry of an appropriate protective order and ESI Protocol, which the Parties are negotiating. The Parties are continuing to negotiate certain outstanding issues relating to the scope of production—including the search term proposal that Plaintiffs provided to Defendant Wrigley on December 12,

2023. Wrigley provided to Plaintiffs a counter-proposal regarding search terms on December 29, 2023. Plaintiffs and Wrigley expect to confer further on their respective search term proposals in the coming days.

*Second*, Plaintiffs have served document subpoenas on several non-parties, as well as on SH Parent, Inc. and Surterra Holdings, Inc. (the "Company Entities"), which agreed to accept non-party subpoenas as a result of their effective status as non-parties in light of this Court's stay of case deadlines against them. *See* ECF No. 138. Plaintiffs have also met and conferred with counsel for the Company Entities regarding the anticipated scope of production of relevant and responsive documents. The Company Entities likewise anticipate beginning to make rolling productions of documents in early January, after entry of an appropriate protective order, while the Parties continue to negotiate outstanding issues relating to the scope of production—including the search term proposal that Plaintiffs provided to the Company Entities on December 12, 2023. The Company Entities prepared a counter-proposal of search terms, and provided the counter-proposal on January 4, 2024.

*Third*, on November 21, 2023, Plaintiffs circulated to Defendants a proposed electronically-stored information ("ESI") protocol, and on December 20, 2023, Defendants responded, as a group, with proposed revisions, which Plaintiffs are considering. On November 30, 2023, Plaintiffs circulated to Defendants a proposed protective order, and on December 20, 2023, Defendants responded, as a group, with limited proposed revisions, which Plaintiffs are likewise considering. Plaintiffs expect to respond to Defendants regarding the Protective Order by January 8, 2024, and regarding the ESI Protocol by January 10, 2024.

*Fourth*, the individual Defendants have each served RFPs on Plaintiffs, and Plaintiffs have met and conferred with counsel for the individual defendants, both before and after serving

Responses and Objections, to address the scope and subject matter of production of relevant documents. On December 29, 2023, Defendant Wrigley served proposed search terms on Plaintiffs, which Plaintiffs are considering.

*Fifth*, on November 10, 2023, Whitcomb served interrogatories on Plaintiffs, to which Plaintiffs responded (with Whitcomb's consent to the timing) on December 22, 2023.

*Sixth*, on January 4, 2024, Plaintiffs noticed the depositions, *sine die*, of Wrigley, Holmes, and Whitcomb, and anticipate scheduling them definitively upon substantial completion of the individual Defendants' and the Company Entities' document productions.

*Seventh*, following iterative discussions among counsel for Plaintiffs and Defendants, concerning consolidation of related actions, on December 1, 2023, counsel for Plaintiffs, Whitcomb, and Holmes met and conferred about, among other things, the potential consolidation of the above-captioned action with *Legacy Knight Strategic Opportunities Fund-Parallel Series v. Wrigley et al.* ("*Legacy Knight*"), Case No. 22-CV-81569-AMC, for purposes of discovery. On December 7, 2023, counsel for Plaintiffs, the individual defendants, and the *Legacy Knight* plaintiffs again met and conferred concerning consolidation. Among other things, the participants agreed that motions for consolidation (whether or not opposed) should be filed separately in the above action and *Legacy Knight* action, along with proposed orders. Defendants agreed to circulate a draft motion for consolidation so that the affected parties could understand precisely the relief that would be sought from the Court and could address any disagreements.

On December 19, 2023, Defendants circulated a draft motion for consolidation to the Parties. Plaintiffs have reviewed the motion and intend to provide comments by January 8, 2024.

Plaintiffs, the individual Defendants, and the Company Entities have all worked cordially and cooperatively thus far in an effort to resolve disputed discovery issues without seeking Court

3

intervention.  At this time, none of the foregoing has identified discovery issues they believe require the Court's attention.

| | |
|---|---|
| DATED:  January 4, 2024 | Respectfully submitted, |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | RASHBAUM & PINEIRO LLP |
| By: */s/ Jason D. Sternberg*<br>John O'Sullivan (Fla. Bar No. 143154)<br>Jason D. Sternberg (Fla. Bar No. 72887)<br>2601 South Bayshore Drive, Suite 1550<br>Miami, FL 33133<br>Telephone: (305) 439-5008<br>johnosullivan@quinnemanuel.com<br>jasonsternberg@quinnemanuel.com | By: */s/ Jason L. Mays*<br>Jeffrey E. Marcus (Fla. Bar No. 310890)<br>Jason L. Mays (Fla. Bar No. 106495)<br>2 South Biscayne Boulevard, Suite 2630<br>Miami, FL 33131<br>Telephone: (305) 400-4262<br>jmarcus@mnrlawfirm.com<br>jmays@mnrlawfirm.com |
| Michael B. Carlinsky (admitted *pro hac vice*)<br>Susheel Kirpalani (admitted *pro hac vice*)<br>Jacob J. Waldman (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>susheelkirpalani@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com | WILLKIE FARR & GALLAGHER LLP<br><br>By: */s/ Aaron J. Hersh*<br>Sameer Advani (admitted *pro hac vice*)<br>Brittany M. Wagonheim (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8587<br>sadvani@willkie.com<br>bwagonheim@willkie.com |
| Secondary: olgagarcia@quinnemanuel.com<br><br>*Attorneys for Plaintiffs* | Craig C. Martin (admitted *pro hac vice*)<br>Aaron J. Hersh (admitted *pro hac vice*)<br>300 North LaSalle Drive<br>Chicago, IL 60654<br>Telephone: (312) 728-9000<br>cmartin@willkie.com<br>ahersh@willkie.com |
| ZEBERSKY PAYNE SHAW LEWENZ LLP<br><br>By: */s/ Zachary Dean Ludens*<br>Jordan Alexander Shaw (Fla. Bar No. 111771)<br>Zachary Dean Ludens (Fla. Bar No. 111620)<br>Lauren Nicole Palen (Fla. Bar No. 1038877)<br>110 Southeast 6th Street, Suite 2900<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 595-6075<br>jshaw@zpllp.com<br>lpalen@zpllp.com<br>zludens@zpllp.com<br><br>*Attorneys for Defendant James Holmes* | *Attorneys for Defendants William "Beau" Wrigley Jr.* |

4

SAUL EWING LLP

*/s/ Hilda Piloto*
Hilda Piloto
Florida Bar No. 0154120
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: (305) 428-4500
E-mail: hilda.piloto@saul.com

*Attorneys for Defendant James Whitcomb*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
(Fla. Bar No. 72887