**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 22-80360-CIV-CANNON/Reinhart**

**TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD., FIRST OCEAN ENTERPRISES SA, and TECHVIEW INVESTMENTS LTD.,**

    Plaintiff,

v.

**WILLIAM BEAU WRIGLEY JR et al.**,

    Defendants.

                                                      /

**[PROPOSED] ORDER CONSOLIDATING DISCOVERY WITH *LEGACY KNIGHT STRATEGIC OPPORTUNITIES FUND – PARALLEL SERIES V. WILLIAM 'BEAU' WRIGLEY, JR. ET AL.*, (S.D. FLA. NO. 9:22-CV-81569)**

**WHEREAS,** the parties in *TradeInvest Asset Management Company (BVI) LTD. et al. v. William Beau Wrigley Jr. et al.*, (S.D. Fla. No. 22-80360) (the "TradeInvest Action"), and the parties in *Legacy Knight Strategic Opportunities Fund – Parallel Series v. William 'Beau' Wrigley, Jr. et al.*, (S.D. Fla. No. 9:22-Cv-81569) (the "Legacy Knight Action" and together with the TradeInvest Action, the "Actions") have filed motions under Federal Rule of Civil Procedure 42 to consolidate the Actions, solely for the purposes of discovery; and

**WHEREAS**, the Actions involve substantially similar allegations and common issues of law and fact; and

**WHEREAS**, consolidation will streamline discovery in the Actions, promote judicial economy, and reduce discovery burdens on all parties and the Court; and

- 2 -

**WHEREAS**, consolidating the Actions solely for the purpose of discovery will not unduly delay proceedings in the Actions;

**IT IS HEREBY ORDERED THAT:**

a. The TradeInvest Action (Case No. 22-cv-80360) is consolidated with the Legacy Knight Action (Case No. 22-cv-81569) *solely* for purposes of discovery;

b. The depositions in the TradeInvest Action (Case No. 22-cv-80360) and the Legacy Knight Action (Case No. 22-cv-81569) for witnesses common to both actions are consolidated, such that depositions may be cross noticed between the two Actions, except that (i) the TradeInvest and Legacy Knight Plaintiffs may depose each Individual Defendant for up to a combined 10 hours, on the record, and each Defendant may depose each Plaintiff for up to a combined 10 hours, on the record, and (ii) the TradeInvest and Legacy Knight Plaintiffs, and the Defendants, may depose a total of 12 witnesses without further leave of the Court; and

c. The deadlines in the TradeInvest Action (*see* D.E. 114, 122) and the Legacy Knight Action (*see* D.E. 61, 73) are amended as follows:

   1. **May 13, 2024**: The parties must have completed mediation and filed a mediation report. Within five (5) days of mediation, the parties are required to file a mediation report with the Court. The mediation report shall indicate when and where the mediation was conducted; the name of the mediator; who attended the mediation; whether the case settled (in full or in part); whether it was adjourned; or whether

the mediator declared an impasse. If mediation is not conducted in accordance with the Court's Orders and the Local Rules, the case may be stricken from the trial calendar, and other sanctions may be imposed.

2. **August 2, 2024**. The parties exchange expert witness summaries or reports.

3. **August 30, 2024:** The parties exchange rebuttal expert witness summaries or reports.

4. **September 13, 2024. All** discovery, including expert discovery, shall be completed.

b. The deadline for the parties in the TradeInvest Action to file a joint discovery status report (*see* D.E. 134) is vacated; the deadline for the Parties in both Actions to file a joint discovery status report is **March 8, 2024**.

c. The following deadlines in the TradeInvest Action (*see* D.E. 114) are amended as follows:

1. **October 8, 2024**: The parties shall file all pre-trial motions, including motions for summary judgment, and Daubert motions. Each party is limited to filing one Daubert motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded that Daubert motions must contain the Local Rule 7.1(a)(3) certification. The parties are directed to review the Court's

procedure for the filing of summary judgment motions (set out below).

2. **November 8, 2024**: Parties shall file oppositions to all dispositive pre-trial or Daubert Motions.

3. **November 18, 2024**: Parties shall file replies to any dispositive pre-trial or Daubert Motions

4. **December 13, 2024:** Parties shall file joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials).

5. **January 6, 2025**: Counsel for all parties shall appear at a combined pretrial conference and calendar call on January 6, 2025 at 1:45 p.m., or at another date and time convenient for the Court.

6. **January 13, 2025:** The TradeInvest Action shall be set for trial during the Court's two-week trial calendar beginning on January 13, 2025 at 9:00 a.m., or at another date and time convenient for the Court.

d. Amends the following deadlines in the Legacy Knight Action (*see* D.E. 61) as follows:

1. **March 3, 2025**: The Parties shall file all pre-trial motions, including motions for summary judgment, and Daubert motions. Each party is limited to filing one Daubert motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the

Court for leave to include additional pages. The parties are reminded that Daubert motions must contain the Local Rule 7.1(a)(3) certification. The Parties are directed to review the Court's procedure for the filing of summary judgment motions (set out below).

2. **April 4, 2025:** The Parties shall file oppositions to all dispositive pre-trial or Daubert Motions.

3. **April 14, 2025**: Parties shall file replies to any dispositive pre-trial or Daubert Motions.

4. **June 2, 2025:** Parties shall file joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials).

5. **June 16, 2025**: Counsel for all parties shall appear at a combined pretrial conference and calendar call on June 16, 2025 at 1:45 p.m., or at another date and time convenient for the Court.

6. **June 23, 2025**: The Legacy Knight Action shall be set for trial during the Court's two-week trial calendar beginning on June 23, 2025 at 9:00 a.m., or at another date and time convenient for the Court.

All other deadlines in the Actions not specifically amended herein remain the same.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this ___ day of February 2024.

- 6 -

                **AILEEN M. CANNON**

                **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record