UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-CV-80360-AMC

TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD., FIRST OCEAN ENTERPRISES SA, and TECHVIEW INVESTMENTS LTD.,

    Plaintiffs,

vs.

WILLIAM "BEAU" WRIGLEY, JR., JAMES HOLMES, JAMES WHITCOMB, SH PARENT INC. d/b/a PARALLEL, SURTERRA HOLDINGS INC., GREEN HEALTH ENDEAVORS, LLC, PE FUND LP, and ROBERT "JAKE" BERGMANN,

    Defendants.
_____/

## JOINT STATUS REPORT ON PARTIAL STAY

Pursuant to the Court's November 16, 2023 Order (ECF No. 138), Plaintiffs TradeInvest Asset Management Company (BVI) Ltd., First Ocean Enterprises SA, and Techview Investments, Ltd. ("Plaintiffs") and Defendants SH Parent Inc. d/b/a/ Parallel and Surterra Holdings Inc. (the "Company Defendants") (collectively, the "Parties") provide this joint status report concerning the agency approvals required to close the settlement in the action titled *TGHI II LLC, et al. v. Surterra Holdings Inc. dba Parallel, SH Parent Inc., et al.*, Index No. 651041/2022 (Sup. Ct. N.Y. Cnty.) (the "New York Action"). The Parties state as follows:

    1.    On September 21, 2023, Plaintiff Techview Investments, Ltd., the Company Defendants, and other persons and entities that are not parties to this Action entered into a Mutual Release Agreement and related and ancillary agreements (collectively, the "Settlement Transaction Documents").

2. The Parties previously moved the Court for the entry of a partial stay of the deadlines imposed by this Court's August 3, 2023 Order Setting Trial, Setting Pre-Trial Deadlines, and Referring Certain Matters to Magistrate Judge (ECF No. 114), solely with respect to the Company Defendants given the Parties' agreement to resolve certain claims against them.

3. The Settlement Transaction Documents provide that, subject to consummation of the transaction contemplated therein, Plaintiffs will dismiss their claims against the Company Defendants in this Action within one (1) business day after the transaction closes. Before the transaction can close, however, certain regulatory approvals are required.

4. On November 16, 2023, the Court issued an Order Granting the Parties' Joint Motion for Partial Stay as to Company Defendants (ECF No. 130), staying all deadlines pertaining to the Company Defendants until May 15, 2024. The Court further ordered that Plaintiffs and the Company Defendants file periodic status reports describing the status of the agency approvals required to finalize the settlement in the New York Action.

5. Pursuant to that Order, the Parties hereby provide the following status update regarding the regulatory approvals:

    a. The Company Defendants submitted an application for regulatory approval to the Florida Department of Health – Office of Medical Marijuana Use (OMMU). The application is in progress with the OMMU. The OMMU has issued Requests for Additional Information, to which the Company Defendants have responded.

    b. The Company Defendants submitted an application for regulatory approval to the Texas Department of Public Safety (DPS). The DPS issued a Request for Additional Information, to which the Company Defendants have responded.

    c. The Company Defendants submitted an application for regulatory approval to the Massachusetts Cannabis Control Commission (MCCC). The MCCC issued a Request for Additional Information, to which the Company Defendants responded. The MCCC requested an in-person interview, which was held on March 6, 2024.

The final state level step is obtaining approval at a public hearing. The next public hearing is scheduled for April 11, 2024. The approval process at the Massachusetts municipal level is still in progress.

DATED: March 22, 2024

Respectfully submitted,

| QUINN EMANUEL URQUHART & SULLIVAN LLP | SAUL EWING LLP |
|---|---|
| By: */s/ Jason D. Sternberg*<br>John O'Sullivan (Fla. Bar No. 143154)<br>Jason D. Sternberg (Fla. Bar No. 72887)<br>2601 South Bayshore Drive, Suite 1550<br>Miami, FL 33133<br>Telephone: (305) 439-5008<br>johnosullivan@quinnemanuel.com<br>jasonsternberg@quinnemanuel.com<br><br>Michael B. Carlinsky (admitted *pro hac vice*)<br>Susheel Kirpalani (admitted *pro hac vice*)<br>Jacob J. Waldman (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>susheelkirpalani@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com<br><br>Secondary: olgagarcia@quinnemanuel.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Hilda Piloto*<br>Hilda Piloto (Fla. Bar No. 0154120)<br>701 Brickell Avenue, 17th Floor<br>Miami, FL 33131<br>Telephone: (305) 428-4500<br>hilda.piloto@saul.com<br>mia-ctdocs@saul.com<br><br>Casey Grabenstein (*pro hac vice*)<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601<br>Telephone: (312) 876-7810<br>casey.grabenstein@saul.com<br><br>John F. Stoviak (*pro hac vice*)<br>1200 Liberty Ridge Drive, Suite 200<br>Wayne, PA 19087<br>Telephone: (610) 251-5056<br>john.stoviak@saul.com<br><br>Kayleigh T. Keilty, Esq. (pro hac vice)<br>1001 Fleet Street<br>Baltimore, MD 21201<br>Telephone (410) 332-8919<br>E-mail: kayleigh.keilty@saul.com<br><br>*Attorneys for the Company Defendants* |

Case No.: 22-CV-80360-AMC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 22nd day of March 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system.

By: */s/ Jason Sternberg*
Jason Sternberg (Fla. Bar No. 72887)