UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-80360-CIV-LEIBOWITZ

**TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD.**, **FIRST OCEAN ENTERPRISES SA**, and **TECHVIEW INVESTMENTS LTD.**,

    Plaintiffs,

v.

**WILLIAM "BEAU" WRIGLEY, JR.**,
**JAMES HOLMES**, **JAMES WHITCOMB**,
**SH PARENT INC. d/b/a PARALLEL**, and
**SURTERRA HOLDINGS, INC.**,

    Defendants.

_____/

## JOINT MEDIATION REPORT

Pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (ECF No. 164), Plaintiffs TradeInvest Asset Management Company (BVI) Ltd., First Ocean Enterprises SA, and Techview Investments, Ltd., and Defendants William "Beau" Wrigley, Jr., James Holmes, James Whitcomb, SH Parent Inc. d/b/a Parallel, and Surterra Holdings, Inc. (collectively, the "Parties") hereby file this Joint Mediation Report and state as follows:

On May 7, 2024, the Mediation in the above-captioned action took place before Ret. Judge Michael Hanzman at the office of Zebersky Payne Shaw Lewenz, LLP in Fort Lauderdale, Florida. The action did not settle and the mediator declared an **IMPASSE**.

1

DATED: May 10, 2024

Respectfully submitted,

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN LLP** | **MARCUS NEIMAN RASHBAUM & PINEIRO LLP** |
| By: */s/ Jason D. Sternberg* | By: */s/ Aaron J. Hersh* |
| Jason D. Sternberg (Fla. Bar No. 72887)<br>John O'Sullivan (Fla. Bar No. 143154)<br>2601 South Bayshore Drive, Suite 1550<br>Miami, FL 33133<br>Telephone: (305) 439-5008<br>johnosullivan@quinnemanuel.com<br>jasonsternberg@quinnemanuel.com | Jeffrey E. Marcus, Esq. (Fla. Bar No. 310890)<br>Jason L. Mays, Esq. (Fla. Bar No. 106495)<br>2 S. Biscayne Blvd., Suite 2530<br>Miami, Florida 33131<br>Telephone: (305) 400-4262<br>Fax: (954) 688-2492<br>jmarcus@mnrlawfirm.com<br>jmays@mnrlawfirm.com |
| Michael B. Carlinsky (*pro hac vice*)<br>Susheel Kirpalani (*pro hac vice*)<br>Jacob J. Waldman (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>jacobwaldman@quinnemanuel.com | **WILLKIE FARR & GALLAGHER LLP**<br><br>Sameer Advani (*pro hac vice*)<br>Brittany M. Wagonheim (*pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>sadvani@willkie.com<br>bwagonheim@willkie.com |
| Secondary: olgagarcia@quinnemanuel.com<br><br>*Attorneys for Plaintiffs TradeInvest Asset Management Company (BVI) Ltd., First Ocean Enterprises SA, and Techview Investments Ltd.* | Craig C. Martin (*pro hac vice*)<br>Aaron J. Hersh (*pro hac vice*)<br>300 N. LaSalle Drive<br>Chicago, IL 60654<br>Telephone: (312) 728-9000<br>cmartin@willkie.com<br>ahersh@willkie.com<br><br>*Attorneys for Defendant William "Beau" Wrigley, Jr.* |

| | |
|---|---|
| **ZEBERSKY PAYNE SHAW LEWENZ LLP** | **SAUL EWING LLP** |
| By: /s/ Zachary Dean Ludens | By: /s/ Casey Grabenstein |
| Zachary Dean Ludens (Fla. Bar No. 111620)<br>Jordan Alexander Shaw (Fla. Bar No. 111771)<br>Lauren Nicole Palen (Fla. Bar No. 1038877)<br>110 Southeast 6th Street<br>Suite 2900<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 595-6075<br>jshaw@zpllp.com<br>zludens@zpllp.com<br>lpalen@zpllp.com<br><br>*Attorneys for Defendant James Holmes* | Hilda Piloto (Fla. Bar No. 0154120)<br>701 Brickell Avenue, 17th Floor<br>Miami, FL 33131<br>Telephone: (305) 428-4500<br>hilda.piloto@saul.com<br>tracy.alger@saul.com<br>aida.mclaughlin@saul.com<br>mia-ctdocs@saul.com<br><br>Casey Grabenstein, Esq. (*pro hac vice*)<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601<br>Telephone: (312) 876-7810<br>casey.grabenstein@saul.com<br><br>John F. Stoviak, Esq. (*pro hac vice*)<br>1200 Liberty Ridge Drive, Suite 200<br>Wayne, PA 19087<br>Telephone: (610) 251-5056<br>john.stoviak@saul.com<br><br>Kayleigh T. Keilty, Esq. (*pro hac vice*)<br>1001 Fleet Street<br>Baltimore, MD 21201<br>Telephone: (410) 332-8600<br>kayleigh.keilty@saul.com<br><br>*Attorneys for Defendants SH Parent Inc. d/b/a Parallel, Surterra Holdings, Inc., and James Whitcomb* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this May 10, 2024, the foregoing was filed with the Court via its CM/ECF system, which generated notices of electronic filing on all counsel of record.

*/s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887