**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:22-cv-80360-LEIBOWITZ/REINHART**

TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI) LTD., FIRST OCEAN
ENTERPRISES SA AND TECHVIEW
INVESTMENTS LTD.,

     *Plaintiffs,*

*v.*

**WILLIAM "BEAU" WRIGLEY, JR., et al.,**

     *Defendants.*

_____/

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Extend Time to Comply with June 6, 2024 Order to Submit Status Report Relating to Case Deadlines [ECF No. 182], filed on June 17, 2024. Upon due consideration, it is

**ORDERED AND ADJUDGED** the Motion [**ECF No. 182**] is **GRANTED.** The parties shall file a joint status report **no later than June 24, 2024.**

**DONE AND ORDERED** in the Southern District of Florida on June 18, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record