UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 22-80360-CIV-LEIBOWITZ

**TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD.**, **FIRST OCEAN ENTERPRISES SA**, and **TECHVIEW INVESTMENTS LTD.**,

    Plaintiffs,

v.

**WILLIAM "BEAU" WRIGLEY, JR.**,
**JAMES HOLMES**, **JAMES WHITCOMB**,
**SH PARENT INC. d/b/a PARALLEL**, and
**SURTERRA HOLDINGS, INC.**,

    Defendants.

_____/

## JOINT STATUS REPORT AND MOTION TO AMEND SCHEDULING ORDER

Pursuant to the Court's June 6, 2024 Order (ECF No. 175), Plaintiffs TradeInvest Asset Management Company (BVI) Ltd., First Ocean Enterprises SA, and Techview Investments, Ltd. ("Plaintiffs") and Defendants William "Beau" Wrigley, Jr., James Holmes, James Whitcomb, SH Parent Inc. d/b/a Parallel, and Surterra Holdings, Inc. (collectively, the "Parties") hereby file this Joint Status Report and Motion to Amend Scheduling Order and state as follows:

### BACKGROUND

1. On February 20, 2024, Judge Aileen Cannon—then presiding over this action—entered the First Amended Order Resetting Trial, Setting Pre-Trial Deadlines, and Referring Certain Matters to Magistrate Judge. ECF No. 152.

1

2. On March 7, 2024, the Court reassigned this action to Judge David Leibowitz. ECF No. 157.

3. On April 15, 2024, the Court entered the Second Amended Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (the "Second Amended Scheduling Order"). ECF No. 164.

4. On June 6, 2024, following the June 5, 2024 Status Conference where the Parties discussed certain scheduling issues, the Court entered an order requiring the Parties to "submit a final joint status report specifying the [P]arties' requests for any remaining deadlines in this case no later than June 17, 2024." ECF No. 175.

5. The Parties have since conferred and agree that an extension of all remaining deadlines in the Second Amended Scheduling Order, as set forth below, would be reasonable and allow the Parties sufficient time to complete discovery and ready this case for trial:

| Event | Current Deadline in the Second Amended Scheduling Order | New Deadline in the Proposed Third Amended Scheduling Order |
|---|---|---|
| The Parties shall exchange expert witness summaries or reports. | August 2, 2024 | **October 1, 2024** |
| The Parties shall exchange rebuttal expert witness summaries or reports. | August 30, 2024 | **November 1, 2024** |
| All discovery, including expert discovery, shall be completed. | September 13, 2024 | **November 22, 2024** |
| The Parties shall file all pre-trial motions, including motions for summary judgment, *Daubert* motions, and motions for a bench trial. | October 8, 2024 | **January 17, 2025** |
| The Parties shall file any motions *in limine* (other than *Daubert* motions). | February 14, 2025 | **June 10, 2025** |
| The Parties shall submit a joint pre-trial stipulation, | February 14, 2025 | **August 5, 2025** |

| | | |
|---|---|---|
| exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable. | | |
| Calendar call | March 18, 2025 at 1:45 PM | **September 3, 2025 at 1:45 PM** |
| Trial | Starts March 14, 2025 at 9:00 AM | **Starts September 9, 2025 at 9:00 AM**[1] |

## MEMORANDUM OF LAW

Federal district courts are vested with the "inherent authority to manage [their] own docket[s]." *Wilson v. Farley*, 203 F. App'x 239, 250 (11th Cir. 2006). Therefore, district courts "enjoy broad discretion in deciding how best to manage the cases before them," *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997), including by "manag[ing] [] pre-trial activities" such as "discovery and scheduling." *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001). Once entered, a schedule "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

There is good cause for an extension of all remaining deadlines in the operative Second Amended Scheduling Order. *First*, as discussed during the June 5, 2024 Status Conference and set forth in the Court's June 6, 2024 Paperless Order (ECF No. 175), the Court requested that the Parties submit a joint final request for new deadlines in this action. *Second*, the Parties have met and agree that an extension of the aforementioned deadlines is appropriate, as it will ensure that they can properly schedule depositions (including of third-party witnesses), complete discovery, and prepare for trial in this action. *Third*, the Parties have not proposed this extension for purposes

---

[1] The Parties have proposed a trial date in September 2025 (rather than during the summer of 2025) to account for the availability of counsel and potential witnesses.

of delay, and the proposed new deadlines would not prejudice the Court or any litigant in this action.

## **CONCLUSION**

Based on the foregoing, the Parties jointly request that the Court enter the proposed amended scheduling order in this action.

DATED: June 24, 2024

Respectfully submitted,

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN LLP** | **MARCUS NEIMAN RASHBAUM & PINEIRO LLP** |
| By: */s/ Shane A. Grannum* | By: */s/ Jeffrey E. Marcus, Esq.* |
| Shane A. Grannum (Fla. Bar No. 1055050)<br>Jason D. Sternberg (Fla. Bar No. 72887)<br>John O'Sullivan (Fla. Bar No. 143154)<br>2601 South Bayshore Drive, Suite 1550<br>Miami, FL 33133<br>Telephone: (305) 439-5008<br>shanegrannum@quinnemanuel.com<br>johnosullivan@quinnemanuel.com<br>jasonsternberg@quinnemanuel.com<br><br>Michael B. Carlinsky (*pro hac vice*)<br>Susheel Kirpalani (*pro hac vice*)<br>Jacob J. Waldman (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>jacobwaldman@quinnemanuel.com<br><br>Secondary: olgagarcia@quinnemanuel.com<br><br>*Attorneys for Plaintiffs TradeInvest Asset Management Company (BVI) Ltd., First Ocean Enterprises SA, and Techview Investments Ltd.* | Jeffrey E. Marcus, Esq. (Fla. Bar No. 310890)<br>Jason L. Mays, Esq. (Fla. Bar No. 106495)<br>2 S. Biscayne Blvd., Suite 2530<br>Miami, Florida 33131<br>Telephone: (305) 400-4262<br>Fax: (954) 688-2492<br>jmarcus@mnrlawfirm.com<br>jmays@mnrlawfirm.com<br><br>**WILLKIE FARR & GALLAGHER LLP**<br><br>Sameer Advani (*pro hac vice*)<br>Brittany M. Wagonheim (*pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>sadvani@willkie.com<br>bwagonheim@willkie.com<br><br>Craig C. Martin (*pro hac vice*)<br>Aaron J. Hersh (*pro hac vice*)<br>300 N. LaSalle Drive<br>Chicago, IL 60654<br>Telephone: (312) 728-9000<br>cmartin@willkie.com<br>ahersh@willkie.com<br><br>*Attorneys for Defendant William "Beau" Wrigley, Jr.* |

**ZEBERSKY PAYNE SHAW LEWENZ LLP**

By: /s/ *Zachary Dean Ludens*

Zachary Dean Ludens (Fla. Bar No. 111620)
Jordan Alexander Shaw (Fla. Bar No. 111771)
Lauren Nicole Palen (Fla. Bar No. 1038877)
110 Southeast 6th Street
Suite 2900
Fort Lauderdale, FL 33301
Telephone: (954) 595-6075
zludens@zpllp.com
jshaw@zpllp.com
lpalen@zpllp.com

*Attorneys for Defendant James Holmes*

**SAUL EWING LLP**

By: /s/ *Hilda Piloto*

Hilda Piloto (Fla. Bar No. 0154120)
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: (305) 428-4500
hilda.piloto@saul.com
tracy.alger@saul.com
aida.mclaughlin@saul.com
mia-ctdocs@saul.com

Casey Grabenstein, Esq. (*pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7810
casey.grabenstein@saul.com

John F. Stoviak, Esq. (*pro hac vice*)
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087
Telephone: (610) 251-5056
john.stoviak@saul.com

Kayleigh T. Keilty, Esq. (*pro hac vice*)
1001 Fleet Street
Baltimore, MD 21201
Telephone: (410) 332-8600
kayleigh.keilty@saul.com

*Attorneys for Defendants SH Parent Inc. d/b/a Parallel, Surterra Holdings, Inc., and James Whitcomb*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on June 24, 2024, I filed the foregoing with the Court via its CM/ECF system, which generated notices of electronic filing on all counsel of record.

*/s/ Shane A. Grannum*
Fla. Bar No. 1055050
