**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 22-80360-CIV-LEIBOWITZ**

**TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD.**, **FIRST OCEAN ENTERPRISES SA**, and **TECHVIEW INVESTMENTS LTD.**,

 Plaintiffs,

v.

**WILLIAM "BEAU" WRIGLEY, JR.**, **JAMES HOLMES**, **JAMES WHITCOMB**, **SH PARENT INC. d/b/a PARALLEL**, and **SURTERRA HOLDINGS, INC.**,

 Defendants.

_____/

**[PROPOSED] ORDER GRANTING THE PARTIES'
JOINT MOTION TO AMEND SCHEDULING ORDER**

 THIS MATTER is before the Court on the Parties' Joint Motion to Amend Scheduling Order (the "Joint Motion"). ECF No. **[NUMBER]**. For good cause shown, it is **ORDERED AND ADJUDGED** that the Joint Motion (ECF No. **[NUMBER]**) is **GRANTED** as follows:

 1. The Clerk of the Court is directed to **RESET** this matter for trial during the two-week trial calendar beginning **September 9, 2025 at 9:00 AM**, with counsel for all parties appearing at a calendar call on **September 3, 2025 at 1:45 PM**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall continue to be conducted at the **United States Courthouse, 299 E. Broward Blvd., Courtroom 202A, Ft. Lauderdale, Florida 33301**.

1

2. All remaining deadlines in the Court's Second Amended Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (ECF No. 168) (the "Second Amended Scheduling Order") are **AMENDED** as follows:

| Event | Prior Deadline in the Second Amended Scheduling Order | New Deadline |
|---|---|---|
| The Parties shall exchange expert witness summaries or reports. | August 2, 2024 | **October 1, 2024** |
| The Parties shall exchange rebuttal expert witness summaries or reports. | August 30, 2024 | **November 1, 2024** |
| All discovery, including expert discovery, shall be completed. | September 13, 2024 | **November 22, 2024** |
| The Parties shall file all pre-trial motions, including motions for summary judgment, *Daubert* motions, and motions for a bench trial. | October 8, 2024 | **January 17, 2025** |
| The Parties shall file any motions *in limine* (other than *Daubert* motions). | February 14, 2025 | **June 10, 2025** |
| The Parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable. | February 14, 2025 | **August 5, 2025** |

3. The Parties shall continue to adhere to all other rules and guidelines set forth in the Second Amended Scheduling Order.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida on this ___ day of _____, 2024.

                                                          _____
                                                          HON. DAVID S. LEIBOWITZ
                                                          U.S. DISTRICT COURT JUDGE

cc:   Counsel of Record