UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-80360-LEIBOWITZ/REINHART

TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI) LTD., FIRST
OCEAN ENTERPRISES SA and
TECHVIEW INVESTMENTS LTD.,

    *Plaintiffs,*

v.

WILLIAM "BEAU" WRIGLEY, JR., JAMES
HOLMES, JAMES WHITCOMB, SH
PARENT INC. d/b/a PARALLEL,
SURTERRA HOLDINGS INC., GREEN
HEALTH ENDEAVORS, LLC, PE FUND LP,
and ROBERT "JAKE" BERGMANN,

    *Defendants.*
_____/

## ORDER

THIS CAUSE comes before the Court on the Joint Motion to Extend Partial Stay of Case Deadlines Solely as to Defendants SH Parent Inc., d/b/a "Parallel," and Surterra Holdings Inc. [ECF No. 200]. Upon due consideration, it is **ORDERED AND ADJUDGED** that the Motion [**ECF No. 200**] is **GRANTED**. This case is stayed as to Defendants SH Parent Inc., d/b/a "Parallel," and Surterra Holdings Inc., until **November 25, 2024**. Thereafter, the parties <u>shall notify the Court within seven (7) days as to the status of this matter</u>, so this Court and the parties can reevaluate the need for a stay. This case shall remain **OPEN**.

**DONE AND ORDERED** in the Southern District of Florida on August 23, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record