**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 22-80360-CIV-LEIBOWITZ**

**TRADEINVEST ASSET MANAGEMENT**
**COMPANY (BVI) LTD.**, **FIRST OCEAN**
**ENTERPRISES SA**, and **TECHVIEW**
**INVESTMENTS LTD.**,

      Plaintiffs,

v.

**WILLIAM "BEAU" WRIGLEY, JR.**,
**JAMES HOLMES**, **JAMES WHITCOMB**,
**SH PARENT INC. d/b/a PARALLEL**, and
**SURTERRA HOLDINGS, INC.**,

      Defendants.

_____/

## JOINT MOTION TO EXTEND PRE-TRIAL MOTION BRIEFING DEADLINES

Plaintiffs TradeInvest Asset Management Company (BVI) Ltd. and First Ocean Enterprises SA ("Plaintiffs"), and Defendants William "Beau" Wrigley, Jr., James Holmes, and James Whitcomb ("Defendants") (collectively, the "Parties") jointly move to extend the deadlines for submission of oppositions to, and replies in support of, pre-trial motions.

1.      On December 19, 2024, the Court entered an Order granting in part the Parties' Joint Motion to Extend Expert Discovery and Pre-Trial Motion Deadlines. ECF No. 246. Pursuant to the Order, all pre-trial motions, including motions for summary judgment and *Daubert* motions, were filed no later than March 7, 2025. *Id.*

2.      Pursuant to Local Rule 7.1(c)(1), oppositions to the pre-trial motions are due March 21, 2025, and replies in support of the pre-trial motions are due March 28, 2025.

3.      On March 3, 2025, the Court entered an order permitting the parties to file briefs in excess of the page limitations provided in the Local Rules. ECF No. 263.

4.      The parties' opening briefs in support of their pre-trial motions total well over 100 pages and append well over 100 exhibits.  In addition, counsel have other case obligations that will make it difficult to adequately prepare their clients' oppositions and replies within the current, default schedule.

5.      The Parties therefore jointly propose extending the deadline for Plaintiffs to oppose Defendants' summary judgment and *Daubert* motions, and for Defendants to oppose Plaintiffs' *Daubert* motion (the "Oppositions"), until April 11, 2025.  The Parties further propose extending the deadline for Plaintiffs and Defendants to file replies to the foregoing oppositions (the "Replies") until April 30, 2025.

6.      Federal district courts are vested with the "inherent authority to manage [their] own docket[s]."  *Wilson v. Farley*, 203 F. App'x 239, 250 (11th Cir. 2006).

7.      Good cause exists to warrant a 21-day extension of the deadline to file Oppositions, and a 12-day extension of the deadline to file the Replies.  The requested extensions will allow the Parties fully to review and respond to one another's briefing, as well as provide each client an opportunity for meaningful review of, and participation in, this important stage of the case.

8.      The Parties have not proposed these extensions for purposes of delay, and new deadlines will not prejudice the Court or any litigant in this action.  In particular, the Parties do not expect these to affect scheduling for trial, which will begin on September 8, 2025—more than four months after the proposed deadline for Replies.

## CONCLUSION

Based on the foregoing, the Parties respectfully request that the Court extend the deadline

for Oppositions until April 11, 2025, and for Replies until April 30, 2025.

DATED: March 13, 2025

Respectfully submitted,

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **MARCUS NEIMAN RASHBAUM & PINEIRO LLP** |
| By: */s/ Jason D. Sternberg* | By: */s/ Jeffrey E. Marcus* |
| Jason D. Sternberg (FBN 72887)<br>John O'Sullivan (FBN 143154)<br>Shane A. Grannum (FBN 1055050)<br>2601 South Bayshore Drive, Suite 1550<br>Miami, FL 33133<br>Telephone: (305) 439-5008<br>jasonsternberg@quinnemanuel.com<br>johnosullivan@quinnemanuel.com<br>shanegrannum@quinnemanuel.com | Jeffrey E. Marcus, Esq. (FBN 310890)<br>Jason L. Mays, Esq. (FBN 106495)<br>2 S. Biscayne Blvd., Suite 2530<br>Miami, Florida 33131<br>Telephone: (305) 400-4262<br>Fax: (954) 688-2492<br>jmarcus@mnrlawfirm.com<br>jmays@mnrlawfirm.com |
| Michael B. Carlinsky (*pro hac vice*)<br>Susheel Kirpalani (*pro hac vice*)<br>Jacob J. Waldman (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>jacobwaldman@quinnemanuel.com | **WILLKIE FARR & GALLAGHER LLP**<br><br>Sameer Advani (*pro hac vice*)<br>Brittany M. Wagonheim (*pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>sadvani@willkie.com<br>bwagonheim@willkie.com |
| Secondary: olgagarcia@quinnemanuel.com | |
| *Attorneys for Plaintiffs TradeInvest Asset Management Company (BVI) Ltd., First Ocean Enterprises SA, and Techview Investments Ltd.* | Craig C. Martin (*pro hac vice*)<br>Aaron J. Hersh (*pro hac vice*)<br>300 N. LaSalle Drive<br>Chicago, IL 60654<br>Telephone: (312) 728-9000<br>cmartin@willkie.com<br>ahersh@willkie.com |
| | *Attorneys for Defendant William "Beau" Wrigley, Jr.* |

3

**ZEBERSKY PAYNE SHAW LEWENZ LLP**

By: /s/ *Zachary D. Ludens*

Zachary Dean Ludens (FBN 111620)
Jordan Alexander Shaw (FBN  111771)
Lauren Nicole Palen (FBN 1038877)
110 Southeast 6th Street
Suite 2900
Fort Lauderdale, FL 33301
Telephone: (954) 595-6075
zludens@zpllp.com
jshaw@zpllp.com
lpalen@zpllp.com

*Attorneys for Defendant James Holmes*

**SAUL EWING LLP**

By: /s/ *Hilda Piloto*

Hilda Piloto (FBN 0154120)
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: (305) 428-4500
hilda.piloto@saul.com
tracy.alger@saul.com
aida.mclaughlin@saul.com
mia-ctdocs@saul.com

Casey Grabenstein, Esq. (*pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7810
casey.grabenstein@saul.com

Kayleigh T. Keilty, Esq. (*pro hac vice*)
1001 Fleet Street
Baltimore, MD 21201
Telephone: (410) 332-8600
kayleigh.keilty@saul.com

*Attorneys for Defendants SH Parent Inc. d/b/a Parallel, Surterra Holdings, Inc., and James Whitcomb*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on March 13, 2025, I filed the foregoing with the Court via its

CM/ECF system, which generated notices of electronic filing on all counsel of record.

*/s/ Jason D. Sternberg*
Fla. Bar No. 72887
