UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-80360-LEIBOWITZ

TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI) LTD., *et al.*,

    *Plaintiffs*,

v.

JAMES HOLMES, *et al.*,

    *Defendants*.

_____/

### ORDER

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Special Set Jury Trial [ECF No. 301] ("the Motion"), filed on April 22, 2025. Upon review of this Court's calendar, it is unable to specially set a two-week trial beginning on September 8, 2025. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 301**] is **DENIED**. The trial set for September 8, 2025, is **CANCELLED**. The parties are **FURTHER ORDERED** to meet and confer and file a joint report stating all the weeks which they would be available for a trial from January 2026 to April 2026 **no later than May 16, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on April 29, 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record