UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80360-CIV-LEIBOWITZ

**TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD.**, **FIRST OCEAN ENTERPRISES SA**, and **TECHVIEW INVESTMENTS LTD.**,

    Plaintiffs,

v.

**WILLIAM "BEAU" WRIGLEY, JR.**, **JAMES HOLMES**, **JAMES WHITCOMB**, **SH PARENT INC. d/b/a PARALLEL**, and **SURTERRA HOLDINGS, INC.**,

    Defendants.

## JOINT REPORT ON TRIAL AVAILABILITY

The parties in the above-captioned action (collectively, the "Parties"), by and through their undersigned counsel and in accordance with this Court's April 30, 2025 Order (ECF No. 304) have met and conferred regarding their availability for trial between January 2026 and April 2026, and submit this Joint Report on Trial Availability to inform the Court of the following:

1. All Parties are available for trial March 2 through March 12, 2026, though the Parties note that this is a 9-day window, as not every Party is available on Friday, March 13, 2026.

2. Defendants are also available for trial during the following dates:

    a. February 9 through March 12, 2026; and

    b. April 20 through May 15, 2026.

3. Plaintiffs respectfully note that they are not available for trial during the intervals stated by Defendants in Paragraph 2.

| | |
|---|---|
| Dated May 30, 2025 | Respectfully submitted, |

**SHAW LEWENZ**
By:  */s/ Zachary Dean Ludens*
Jordan Alexander Shaw (FBN 111771)
Zachary Dean Ludens (FBN 111620)
Lauren Nicole Palen (FBN 1038877)
110 Southeast 6th Street
Suite 2900
Fort Lauderdale, FL  33301
954-595-6075
Email: jshaw@shawlewenz.com;
zludens@shawlewenz.com;
lpalen@shawlewenz.com

*Attorneys for Defendant James Holmes*

**SAUL EWING LLP**
By:  */s/ Hilda Piloto*
Hilda Piloto (Fla. Bar No. 0154120)
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Tel: (305) 428-4500
Email: hilda.piloto@saul.com
        tracy.alger@saul.com
        aida.mclaughlin@saul.com
        mia-ctdocs@saul.com

Casey Grabenstein, Esq. (*pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7810
Email: casey.grabenstein@saul.com

Kayleigh T. Keilty, Esq. (*pro hac vice*)
1001 Fleet Street
Baltimore, MD 21201
Tel: (410) 332-8600
Email: kayleigh.keilty@saul.com

*Attorneys for Defendant James Whitcomb*

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
By: */s/ Jeffrey E. Marcus*
Jeffrey E. Marcus, Esq. (FBN 310890)
Jason L. Mays, Esq. (FBN 106495)
2 S. Biscayne Blvd., Suite 2530
Miami, Florida 33131
Telephone: (305) 400-4262
Fax: (954) 688-2492
jmarcus@mnrlawfirm.com
jmays@mnrlawfirm.com

**WILLKIE FARR AND GALLAGHER LLP**

Sameer Advani (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
sadvani@willkie.com

Craig C. Martin (*pro hac vice*)
Aaron J. Hersh (*pro hac vice*)
Brittany M. Wagonheim (*pro hac vice*)
300 N. LaSalle Drive
Chicago, IL 60654
Telephone: (312) 728-9000
cmartin@willkie.com
ahersh@willkie.com
bwagonheim@willkie.com

*Attorneys for Defendant William "Beau" Wrigley, Jr.*

- 3 -

                **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                By: */s/ Jason D. Sternberg*

                Jason D. Sternberg (FBN 72887)
                John O'Sullivan (FBN 143154)
                2601 South Bayshore Drive, Suite 1550
                Miami, FL 33133
                Telephone: (305) 439-5008
                jasonsternberg@quinnemanuel.com
                johnosullivan@quinnemanuel.com

                Michael B. Carlinsky (*pro hac vice*)
                Susheel Kirpalani (*pro hac vice*)
                Jacob J. Waldman (*pro hac vice*)
                Amy Shehan (*pro hac vice*)
                295 Fifth Avenue, 9th Floor
                New York, NY 10016
                Telephone: (212) 849-7000
                michaelcarlinsky@quinnemanuel.com
                susheelkirpalani@quinnemanuel.com
                jacobwaldman@quinnemanuel.com
                amyshehan@quinnemanuel.com

                Secondary: olgagarcia@quinnemanuel.com

                *Attorneys for Plaintiffs TradeInvest Asset Management Company (BVI) Ltd. and First Ocean Enterprises SA*

## CERTIFICATE OF SERVICE

  I certify that on May 30, 2025, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on all Counsel of Record.

                */s/ Zachary D. Ludens*
                Zachary D. Ludens (FBN 111620)