UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:22-cv-80360-LEIBOWITZ/REINHART

TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI), *et al.,*
       *Plaintiffs,*

*v.*

WILLIAM "BEAU" WRIGLEY, JR.,
*et al.,*
       *Defendants.*
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte.* To assist the Court's resolution of all pending

motions, it is hereby **ORDERED** as follows:

1.  Defendants shall provide unredacted hard copies to Chambers (along with a hard copy of

    the motion and memorandum in support) of all exhibits in support of their Omnibus

    *Daubert* Motion to Exclude the Opinions of Plaintiffs' Experts Mahendra Ramsinghani,

    Jeffrey S. Andrien, and Beau Whitney [ECF No. 270 (SEALED), ECF No. 271].  Only

    those exhibits referenced in the motion shall be submitted for the Court's review.

2.  Defendants shall provide unredacted hard copies to Chambers (along with a hard copy of

    the motion and memorandum in support) of Defendants' Statement of Material Facts and

    all exhibits in support of their Joint Motion for Summary Judgment [ECF No. 272

    (SEALED), ECF No. 273 (SEALED); ECF Nos. 274, 275, 276].  Only those exhibits

    referenced in the motion shall be submitted for the Court's review.

3.  Plaintiffs shall provide unredacted hard copies to Chambers (along with a hard copy of

    the motion and memorandum in support) of all exhibits in support of their Motion to

    Exclude the Expert Testimony of Lincoln W. Eckhardt and Brian Hayek [ECF No. 280

(SEALED); ECF Nos. 277, 278; ECF No. 281 (SEALED)].  <u>Only</u> those exhibits referenced in the motion shall be submitted for the Court's review.

The documents should be organized for ease of the Court's review and submitted to Chambers <u>10-4, Wilkie D. Ferguson, Jr. Courthouse, 400 N. Miami Ave., Miami, FL 33128</u>, **no later than October 15, 2025**.  Counsel should arrange a time to drop off the documents with Sarah Montgomery at <u>Sarah_Montgomery@flsd.uscourts.gov</u>.

At this time, the Court does not request unredacted hard copies of the responses and replies to the above-referenced motions (or the exhibits in support thereof).

**DONE AND ORDERED** in the Southern District of Florida on September 25, 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record