UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-80360-LEIBOWITZ/REINHART

TRADEINVEST ASSET MANAGEMENT
COMPANY (BVI) LTD., *et al.*,
     *Plaintiffs,*

*v.*

WILLIAM "BEAU" WRIGLEY, JR., *et al.*,
     *Defendants.*

_____/

## ORDER REQUIRING PLAINTIFFS TO FILE EXPEDITED RESPONSE

**THIS CAUSE** is before the Court upon Defendants' Motion for Seven-Day Enlargement of Time To Submit Memorandum under *Morrison v. Nat'l Australia Bank Ltd.* [ECF No. 371] (the "Motion"), filed on April 23, 2026. In the Motion, Defendants ask for permission to file their court-ordered brief until after Plaintiffs have filed their memorandum so Defendants can address the arguments and any evidence put forward by Plaintiffs given that Plaintiffs bear the burden on the issue. [*Id.* at 2]. Defendants further represent that Plaintiffs oppose the relief requested. [*Id.*]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs must respond to Defendants' Motion [ECF No. 371], **no later than April 27, 2026**, failing which the Court will grant the Motion.

**DONE AND ORDERED** in the Southern District of Florida on April 23, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record