**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:22-cv-80360-LEIBOWITZ/REINHART**

**TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD., *et al.*,**

*Plaintiffs,*

*v.*

**WILLIAM "BEAU" WRIGLEY, JR., *et al.*,**

*Defendants.*

______________________________________/

**FINAL JUDGMENT**

On July 6, 2026, the Court entered an Order granting summary judgment in favor of Defendants and against Plaintiffs on Counts I, II, III, and IV of the Complaint [ECF No. 59]. [*See* ECF No. 385]. The Court also dismissed Count V (state law fraud). [*Id.*]. Accordingly, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** that:

1. Final Judgment is ENTERED in favor of Defendants and against Plaintiffs on Counts I, II, III, and IV of the Complaint [ECF No. 59].
2. Plaintiffs shall take nothing from Defendants in this action.
3. ***The Clerk*** is DIRECTED to CLOSE this case. All pending deadlines are TERMINATED, and any pending motions are DENIED AS MOOT.

**DONE AND ORDERED** in the Southern District of Florida on July 27, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record