**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 9:22-cv-80360-LEIBOWITZ/REINHART**

TRADEINVEST ASSET MANAGEMENT COMPANY (BVI) LTD., FIRST OCEAN ENTERPRISES SA, and TECHVIEW INVESTMENTS LTD.,

Plaintiffs,

v.

WILLIAM "BEAU" WRIGLEY, JR., JAMES HOLMES, JAMES WHITCOMB, SH PARENT INC. d/b/a PARALLEL, and SURTERRA HOLDINGS, INC.,

Defendants.

**NOTICE OF APPEAL**

Notice is hereby respectfully given that TradeInvest Asset Management Company (BVI) Ltd. and First Ocean Enterprises SA, Plaintiffs in the above-captioned case, appeal to the United States Court of Appeals for the Eleventh Circuit from the following orders and judgment entered in the above-captioned case:

(1) The Order on Defendants' Motion for Summary Judgment and Final Judgment (Dkt. 385 and 386, entered July 6, 2026 and July 28, 2026, respectively);

(2) The Order on Plaintiffs' Motion to Alter or Amend Judgment and for Reconsideration of Order Granting Summary Judgment (Dkt. 392, entered September 23, 2026); and

(3) All prior interlocutory orders, rulings, and decisions that merge into the Final Judgment, including any orders underlying or incorporated into the orders and judgment identified above.

DATED: October 20, 2026

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Jason D. Sternberg*
Jason D. Sternberg (FBN 72887)
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (305) 439-5008
jasonsternberg@quinnemanuel.com

Michael B. Carlinsky (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Amy Shehan (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10010
Telephone: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
jacobwaldman@quinnemanuel.com
amyshehan@quinnemanuel.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on October 20, 2026, I filed the foregoing with the Court via its CM/ECF system, which generated notices of electronic filing on all counsel of record.

*/s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887